UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-777(DSD/JMM)

Shelly Hampton-Huguley,

Plaintiff,

v.

**ORDER**

Matthew Blade, Carl R. Blad, and Gregory Kosch, all in their individual capacities as Minneapolis police officers,

Defendants.

This matter is before the court on the motion of plaintiff's counsel to withdraw as the attorney of record in this case. [Doc. No. 8]. Counsel avers that his withdrawal is necessary because: (1) plaintiff is homeless or her whereabouts otherwise unknown; (2) plaintiff has failed to contact counsel since June 2000; and (3) despite repeated attempts to contact plaintiff by phone and mail at her last known address, counsel is unable to locate her.

Local Rule 83.7(c) provides that withdrawal without substitution may be granted only for good cause shown. The court agrees that under the circumstances of this case, counsel cannot adequately represent the interests of his client.

FILED OCT 11 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

Accordingly, for good cause shown, **IT IS HEREBY ORDERED** that the motion of plaintiff's counsel to withdraw as the attorney of record in this case [Doc. No. 8] is granted.

Dated: October 11, 2000

David S. Doty, Judge
United States District Court