# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Shelly Hampton--Huguley,

v.

Matthew Blade, et al.,

Case No. Civil 00-777 DSD/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The above-entitled action has been dormant for some time, now therefore, Sua Sponte because of lack of prosecution the case is dismissed.

Provided that, the court will retain jurisdiction for ten days from the date hereof to afford counsel the opportunity, if so advised, to move to vacate this order of dismissal.

DATE: April 16, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

(14)